UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN CAROL HILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:06-CV-0409-G |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal Justice, ) | ECF |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After reviewing all relevant matters in this case, including the findings, conclusions and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and they are **ACCEPTED** as the findings and conclusions of the court.

**SO ORDERED**.

April 29, 2008.

_____
**A. JOE FISH**
**Senior United States District Judge**